# APRIL, 1933

F. H. Pierson et al. v. Royall R. Watkins, District Judge, et al.

Motion No. 10689. Decided April 1, 1933.
(58 S. W., 2d Series, 820.)

*James V. Allred,* Attorney General, *Maurice Cheek, Willis S. Gresham* and *A. R. Stout,* Assistants Attorney General, for relators.

*Hamilton & Hamilton,* of Dallas, for respondents.

PER CURIAM.—The motion for leave to file the petition for writ of mandamus and prohibition is overruled, without prejudice to the rights of relators to again present the subject-matter of the application to this Court, should it be subsequently shown that the available remedies in the District Court and Court of Civil Appeals are inadequate to protect the rights of the relators.